IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAMES L. BOLTON                                                              PLAINTIFF

v.                              No. 4:23-cv-47-DPM

HANES, Transport Officer, Dub Brassell Adult
Detention Center; JACOBS, Transport Officer,
Dub Brassell Adult Detention Center; THOMAS,
Transport Officer, Dub Brassell Adult Detention
Center; and BLACKMON, Transport Officer,
Dub Brassell Adult Detention Center                               DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Bolton hasn't paid the $402 filing and administration fees or filed a complete application to proceed *in forma pauperis*; and the time to do so has passed. Doc. 3. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

2 March 2023