IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAMES L. BOLTON                                                  PLAINTIFF

v.                  No. 4:23-cv-47-DPM

HANES, Transport Officer, Dub Brassell Adult
Detention Center; JACOBS, Transport Officer,
Dub Brassell Adult Detention Center; THOMAS,
Transport Officer, Dub Brassell Adult Detention
Center; and BLACKMON, Transport Officer,
Dub Brassell Adult Detention Center            DEFENDANTS

## JUDGMENT

Bolton's complaint is dismissed without prejudice.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 March 2023